JOSEPHINE CERF, Respondent, v. NEW YORK CITY RAILWAY COMPANY, Appellant.

*Cerf* v. *New York City Ry. Co.*, 122 App. Div. 888, affirmed.
(Submitted March 3, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 29, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*John Frankenheimer* and *Nathan Ottinger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK, and CHASE, JJ.

---

RAY TOMPKINS, Respondent, v. J. & R. LAMB, Appellant.

*Tompkins* v. *Lamb*, 121 App. Div. 366, affirmed.
(Argued March 3, 1909; decided March 23, 1909.)

APPEAL from a judgment entered October 2, 1907, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the Trial Term granting a motion to set aside a verdict in favor of plaintiff and for a new trial and denied said motion in an action to recover for an alleged breach of warranty.

*Otto C. Wierum, Jr.,* for appellant.

*E. G. Herendeen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.